AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ENTERED
LODGED RECEIVED

SEP 29 2016

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jorge Martinez Ruiz | ) | Case No. 16-2549-ADC |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 8 and September 27, 2016 in the county of Montgomery/Baltimore City in the
_____ District of  Maryland  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Alien found in United States after removal |
| 18 U.S.C. § 751 | Escape |

This criminal complaint is based on these facts:
As further described in the attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's Signature

Gerald Edwards, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/29/2016

_____
Judge's signature

City and state: Baltimore, Maryland

A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*